# Third District Court of Appeal

## State of Florida

Opinion filed December 3, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1192
Lower Tribunal No. 19-5346-CP-02
_____

**Susan Braun,**
Appellant,

vs.

**Tracey Sager, et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Maria de Jesus Santovenia, Judge.

Susan Braun, in proper person.

Law Offices of Robert P. Frankel, P.A., and Robert P. Frankel (Plantation), for appellee Jeff Braun; Gutter, Chaves and Sean M. Lebowitz (Boca Raton), for appellee Tracey Sager.


Before SCALES, C.J., and LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.  See Raimi v. Furlong, 702 So. 2d 1273, 1286 (Fla. 3d DCA 1997) ("It has long been emphasized that the right to dispose of one's property by will is highly valuable and it is the policy of the law to hold a last will and testament good wherever possible."); In re Shifflet's Estate, 170 So. 2d 96, 98 (Fla. 3d DCA 1964) ("[T]he will in its original form was validly executed and [was] entitled to probate[.]"); Taft v. Zack, 830 So. 2d 881, 883 (Fla. 2d DCA 2002) ("The will, as originally written, was [valid and] entitled to be admitted to probate."); Heasley v. Evans, 104 So. 2d 854, 857 (Fla. 2d DCA 1958) ("An appellate court will not disturb the findings of fact and conclusions of law of a probate court in a will contest unless there is a lack of substantial competent evidence to support the findings or unless it is clearly manifested that the trial judge misapprehended the legal effect of the evidence in its entirety. . . . Accordingly, the order admitting the will to probate is hereby affirmed.").